# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GUYS I, LLC

VERSUS

HAMMOND HISTORICAL
COMMISSION AND CITY OF
HAMMOND

NO.  2026 CW 0397

**JUNE 29, 2026**

---

In Re:  Hammond Historical Commission and City of Hammond, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20240001687.

---

**BEFORE:  THERIOT, STROMBERG, AND EDWARDS, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of each pleading on which the judgment, order or ruling is founded, including the petition, a copy of the opposition and all attachments thereto, the pertinent court minutes, the notice of intent and return date order, in violation of Rule 4-5(C)(8), (9), (10) and (11) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the notice of judgment and the transcript of the pertinent hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before July 29, 2026, and must contain a copy of this ruling.

**MRT**
**TPS**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT